537 A.2d 1350

COMMONWEALTH of Pennsylvania, Respondent,

v.

Charles BATES, Petitioner.

Supreme Court of Pennsylvania.

Feb. 1, 1988.

## ORDER

PER CURIAM.

Petitioner's request for allowance of appeal is granted. The Order of the Superior Court is reversed, and the case is remanded to the Court of Common Pleas of Bucks County for resentencing in light of *Commonwealth v. Sessoms*, 516 Pa. 365, 532 A.2d 775 (1987).